UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABDUL SATAR, )  | |
| ) | CIVIL ACTION NO. |
| Petitioner, ) | |
| ) | 3:05-CV-1268-G |
| VS. ) | |
| ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, ) | |
| ) | 3:99-CR-331-G |
| Respondent. ) | |

**OPINION AND ORDER**

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

August 10, 2005.

A. JOE FISH
CHIEF JUDGE